UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOHN A. LIPOWSKI, ESQ.  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

Order Filed on July 31, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Edward A. TIRPAK,

Debtor

Case No.:  17-17631

Chapter:  13

Judge:  SLM

## ORDER AUTHORIZING RETENTION OF

Kathryn Masters

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Kathryn Masters_____
as _____debtor's (seller) real estate agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Keller Williams Metropolitan
   55 Madison Avenue
   Morristown, NJ 07960

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Edward A. Tirpak
    Debtor

Case No. 17-17631-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2017
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.
db           +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                                        TOTAL: 6