UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-1367

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on September 28, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Edward A. Tirpak

Case No.: 17-17631-SLM

Hearing Date: 08/09/2017

Judge: Honorable Stacey L. Meisel

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED:** September 28, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Edward A. Tirpak
Case No.: 17-17631-SLM
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for CitiMortgage, Inc., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of CitiMortgage, Inc., is hereby withdrawn upon the conditions and terms more particularly provided hereinafter.

2. The debtor shall sell real property commonly known as 10 Horton Drive, Chester, New Jersey 07930 in order to satisfy the claim held by CitiMortgage, Inc., in full.

3. Debtor(s) shall be responsible to make monthly post-petition adequate protection payments directly to the mortgagee in the amount of $1,586.00.

4. The sale relative to the subject property must be approved by the court on or before January 30, 2018.

5. In the event that the sale of the subject property on or before the deadline set forth herein at paragraph four (4) above, the Mortgagee and/or the Standing Chapter 13 Trustee shall file a certification of default citing the Debtor's failure to sell the subject property and requesting the Court enter an Order dismissing the Debtor's bankruptcy case.

6. The certification must be served on the Debtor, Debtor's Counsel and the Standing Chapter 13 Trustee. In the event no objection is filed to the Certification of Default within fourteen (14) days of filing the same, the Court shall enter the Order dismissing the instant case.

7. The creditor shall serve this order on the debtor, debtor's counsel, trustee and any other party who entered an appearance.