UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-1367

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on September 28, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Edward A. Tirpak

Case No.: 17-17631-SLM

Hearing Date: 08/09/2017

Judge: Honorable Stacey L. Meisel

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 28, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Edward A. Tirpak
Case No.: 17-17631-SLM
Caption of Order:        ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for CitiMortgage, Inc., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of CitiMortgage, Inc., is hereby withdrawn upon the conditions and terms more particularly provided hereinafter.

2. The debtor shall sell real property commonly known as 10 Horton Drive, Chester, New Jersey 07930 in order to satisfy the claim held by CitiMortgage, Inc., in full.

3. Debtor(s) shall be responsible to make monthly post-petition adequate protection payments directly to the mortgagee in the amount of $1,586.00.

4. The sale relative to the subject property must be approved by the court on or before January 30, 2018.

5. In the event that the sale of the subject property on or before the deadline set forth herein at paragraph four (4) above, the Mortgagee and/or the Standing Chapter 13 Trustee shall file a certification of default citing the Debtor's failure to sell the subject property and requesting the Court enter an Order dismissing the Debtor's bankruptcy case.

6. The certification must be served on the Debtor, Debtor's Counsel and the Standing Chapter 13 Trustee. In the event no objection is filed to the Certification of Default within fourteen (14) days of filing the same, the Court shall enter the Order dismissing the instant case.

7. The creditor shall serve this order on the debtor, debtor's counsel, trustee and any other party who entered an appearance.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-17631-SLM
Edward A. Tirpak                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Sep 28, 2017
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db             +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 9