UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

45058
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

In Re:

EDWARD A. TIRPAK

Order Filed on December 19, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case number: 17-17631

Adv. No.

Hearing Date: 10-25-2017

Judge: (SLM)

# ORDER FOR REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtors: Edward A. Tirpak / 45058

Case No.: 17-17631

Caption of Order: Order for regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Wells Fargo Bank, N.A, d/b/a Wells Fargo Dealer Services with the appearance of John A. Lipowski, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ("Wells Fargo") is the holder of a first purchase money security interest encumbering a 2012 Ford E350 bearing vehicle identification number 1FBSS3BL4CDA25450.**
2. **That beginning with his November 2017 payment, the debtor is to make each monthly payment directly to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services under the terms of the retail installment contract. If the debtor fails to make any monthly payment to Wells Fargo within thirty (30) days after each payment falls due, Wells Fargo shall be entitled to stay relief upon filing a certification of default with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.**
3. **That the debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services must be listed as loss payee. If the debtor fails to maintain valid insurance on the vehicle, Wells Fargo shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, his attorney, and the chapter 13 trustee.**