| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>45058<br>Morton & Craig LLC<br>William E. Craig, Esquire<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057<br>Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services | Order Filed on December 19, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>EDWARD A. TIRPAK | Case number: 17-17631<br><br>Adv. No.<br><br>Hearing Date: 10-25-2017<br><br>Judge: (SLM) |

### ORDER FOR REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: Edward A. Tirpak / 45058

Case No.: 17-17631

Caption of Order: Order for regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Wells Fargo Bank, N.A, d/b/a Wells Fargo Dealer Services with the appearance of John A. Lipowski, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ("Wells Fargo") is the holder of a first purchase money security interest encumbering a 2012 Ford E350 bearing vehicle identification number 1FBSS3BL4CDA25450.**
2. **That beginning with his November 2017 payment, the debtor is to make each monthly payment directly to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services under the terms of the retail installment contract. If the debtor fails to make any monthly payment to Wells Fargo within thirty (30) days after each payment falls due, Wells Fargo shall be entitled to stay relief upon filing a certification of default with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.**
3. **That the debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services must be listed as loss payee. If the debtor fails to maintain valid insurance on the vehicle, Wells Fargo shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, his attorney, and the chapter 13 trustee.**

United States Bankruptcy Court
District of New Jersey

In re:  
Edward A. Tirpak  
     Debtor

Case No. 17-17631-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 20, 2017  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db          +Edward A. Tirpak,   1 Elaine Court,   Randolph, NJ 07869-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:  
          Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com  
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                         TOTAL: 9