**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Edward A. Tirpak

Case No.: 17-17631-SLM

Hearing Date: February 14, 2018

Chapter: 13

Judge: Stacey L. Meisel

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 3 A
3rd Floor
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** February 14, 2018 at 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: January 16, 2018

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on January 16, 2018 this notice was served on the following:

Debtor, Debtor's Counsel and Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Edward A. Tirpak  
    Debtor

Case No. 17-17631-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 16, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
db           +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com  
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                    TOTAL: 9