UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 14, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Edward A. Tirpak

Case No.:      17-17631

Chapter:       13

Hearing Date:  February 14, 2018

Judge:         Stacey L. Meisel

**ORDER DENYING MOTION TO ALLOW DEBTOR, EDWARD A. TIRPAK, TO PROCEED WITH FEE ARBITRATION AGAINST DOUGLAS A. COLE, ESQ.**

The relief set forth on the following pages, numbered two (2) through _____3_____ is **ORDERED**.

**DATED: March 14, 2018**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:            Edward A. Tirpak
Case No.:          17-17631
Caption of Order:  Order Denying Motion to Allow Debtor, Edward A. Tirpak, to Proceed With Fee Arbitration Against Douglas A. Cole, Esq.

**THIS MATTER** having been brought before the Court on a *Motion to Allow Debtor, Edward A. Tirpak, to Proceed With Fee Arbitration Against Douglas A. Cole, Esq.* (Docket No. 62) ("**Motion**") by debtor Edward A. Tirpak ("**Debtor**"), by and through his counsel, John A. Lipowski;

**WHEREAS** Debtor seeks permission from this Court to proceed with fee arbitration against his former counsel, Douglas A. Cole ("**Mr. Cole**"), pursuant to a New Jersey Office of Attorney Ethics *Attorney Fee Arbitration Request Form* ("**Fee Arbitration Request**") attached as an exhibit to the Motion (Docket No. 62-4 at 2-3);

**WHEREAS** the Fee Arbitration Request asserts that Mr. Cole agreed to handle a bankruptcy matter for Debtor on or about February 6, 2017, in connection with which Debtor paid Mr. Cole $6,000.00 in February 2017 (*see id.* at 2, 3);

**WHEREAS** Debtor filed his voluntary Chapter 13 petition on April 14, 2017 (the "**Petition Date**");

**WHEREAS** 11 U.S.C. § 329(a) requires attorneys retained pre-petition to provide the Court with a statement of the compensation paid or agreed to be paid by the debtor within the year prior to the petition date for "services rendered or to be rendered in contemplation of or in connection with the case;"

**WHEREAS**, under Section 329(b), if such compensation "exceeds the reasonable value" of the services rendered, then the Court may, among other things, require a return of such payments to the estate; and

**WHEREAS** this Court therefore has jurisdiction over the fee dispute between Debtor and Mr. Cole described in the Fee Arbitration Request;

Page 3 of 3
Debtor:              Edward A. Tirpak
Case No.:            17-17631
Caption of Order:    Order Denying Motion to Allow Debtor, Edward A. Tirpak, to Proceed
                     With Fee Arbitration Against Douglas A. Cole, Esq.

It is hereby

**ORDERED** that the Motion is DENIED.