UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on April 5, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

    Edward A. Tirpak,

Debtor.

Case No.: 17-17631-SLM

Adv. No.:

Hearing Date: 1/10/18

Judge: Stacey L. Meisel

# ORDER DENYING DEBTOR'S MOTION TO DETERMINE POST-PETITION MORTGAGE FEES, EXPENSES, & CHARGES OF MIDFIRST BANK

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 5, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Edward A. Tirpak
Case No:  17-17631-SLM
Caption of Order:  ORDER DENYING DEBTOR'S MOTION TO DETERMINE POST-PETITION MORTGAGE FEES, EXPENSES, & CHARGES OF MIDFIRST BANK
_____

It is **ORDERED, ADJUDGED and DECREED** that Debtor's motion is hereby denied in its entirety; and

It is **ORDERED, ADJUDGED and DECREED** the fees included in the post- petition fee notice dated 10/11/17 are hereby deemed allowed.