Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−17631−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward A. Tirpak
   1 Elaine Court
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/25/18 at 02:30 PM

to consider and act upon the following:

*78* – Motion to Compel Douglas A. Cole, Esq. to Disgorge Fees of $6,000.00 Filed by John A. Lipowski on behalf of Edward A. Tirpak. Hearing scheduled for 5/23/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Brief # 8 Proposed Order # 9 Certificate of Service) (Lipowski, John)

Dated: 6/21/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court