Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−17631−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward A. Tirpak
   1 Elaine Court
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−8568

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/25/18 at 02:30 PM

to consider and act upon the following:

*89* − Notice of Hearing for: Trustee's Objection to Application for Compensation. (related document:82 Application for Compensation for Douglas A. Cole, attorney, period: to, fee: $887.50, expenses: $. Filed by Creditor Douglas Arthur Cole, 84 Objection filed by Trustee Marie−Ann Greenberg). The following parties were served: Debtor, Debtor's Attorney, Douglas Cole, Trustee, and US Trustee. Hearing scheduled for 6/13/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (rah)

Dated: 6/21/18

                                Jeanne Naughton
                                Clerk, U.S. Bankruptcy Court