Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−17631−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward A. Tirpak
   1 Elaine Court
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/25/18 at 02:30 PM

to consider and act upon the following:

*78* − Motion to Compel Douglas A. Cole, Esq. to Disgorge Fees of $6,000.00 Filed by John A. Lipowski on behalf of Edward A. Tirpak. Hearing scheduled for 5/23/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Brief # 8 Proposed Order # 9 Certificate of Service) (Lipowski, John)

Dated: 6/21/18

                          Jeanne Naughton
                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17631-SLM
Edward A. Tirpak                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 21, 2018
                              Form ID: ntchrgbk        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db          +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725
cr          +Douglas Arthur Cole,    Stem & Cole,    571 Milford-Warren Glen Road,    Milford, NJ 08848-1881
r           +Kathryn Masters,    Keller Williams Metropolitan,    55 Madison Avenue,
              Morristown, NJ 07960-7337
intp        +State of New Jersey Department of Human Services,    Division of Family Development,
              PO Box 716,   Trenton, NJ 08625-0716
cr          +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd.,
              Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor   MidFirst Bank bnicholas@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        Douglas A. Cole    on behalf of Creditor Douglas Arthur Cole douglascoleesq@att.net
        John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com
        John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
    Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
        William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                             TOTAL: 10