Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−17631−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward A. Tirpak
   1 Elaine Court
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/25/18 at 02:30 PM

to consider and act upon the following:

*89* − Notice of Hearing for: Trustee's Objection to Application for Compensation. (related document:82 Application for Compensation for Douglas A. Cole, attorney, period: to, fee: $887.50, expenses: $. Filed by Creditor Douglas Arthur Cole, 84 Objection filed by Trustee Marie−Ann Greenberg). The following parties were served: Debtor, Debtor's Attorney, Douglas Cole, Trustee, and US Trustee. Hearing scheduled for 6/13/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (rah)

Dated: 6/21/18

                                                                 Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Edward A. Tirpak  
    Debtor

Case No. 17-17631-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 21, 2018  
                      Form ID: ntchrgbk    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
```
db             +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725
cr             +Douglas Arthur Cole,    Stem & Cole,    571 Milford-Warren Glen Road,    Milford, NJ 08848-1881
r              +Kathryn Masters,    Keller Williams Metropolitan,    55 Madison Avenue,
                 Morristown, NJ 07960-7337
intp           +State of New Jersey Department of Human Services,    Division of Family Development,
                 PO Box 716,    Trenton, NJ 08625-0716
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
```
              Brian C. Nicholas     on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas A. Cole    on behalf of Creditor Douglas Arthur Cole douglascoleesq@att.net
              John A. Lipowski     on behalf of Debtor Edward A. Tirpak jal1001@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III     on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 10
```