Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17631−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward A. Tirpak
   1 Elaine Court
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/22/18 at 10:30 AM

to consider and act upon the following:

*99* − Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: 1 Elaine Court, Randolph, NJ 07869. Fee Amount $ 181. filed by Creditor MidFirst Bank, 67 Objection filed by Debtor Edward A. Tirpak, 91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 08/2/2018. (Attachments: # 1 Exhibit A # 2 Certification Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*102* − Objection to (related document:99 Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: 1 Elaine Court, Randolph, NJ 07869. Fee Amount $ 181. filed by Creditor MidFirst Bank, 67 Objection filed by Debtor Edward A. Tirpak, 91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 08/2/2018. (Attachments: # 1 Exhibit A # 2 Certification Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by John A. Lipowski on behalf of Edward A. Tirpak. (Attachments: # 1 Certificate of Service) (Lipowski, John)

Dated: 7/30/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court