Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17631−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edward A. Tirpak
    1 Elaine Court
    Randolph, NJ 07869

Social Security No.:
    xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/22/18 at 10:30 AM

to consider and act upon the following:

*99* − Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: 1 Elaine Court, Randolph, NJ 07869. Fee Amount $ 181. filed by Creditor MidFirst Bank, 67 Objection filed by Debtor Edward A. Tirpak, 91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 08/2/2018. (Attachments: # 1 Exhibit A # 2 Certification Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*102* − Objection to (related document:99 Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: 1 Elaine Court, Randolph, NJ 07869. Fee Amount $ 181. filed by Creditor MidFirst Bank, 67 Objection filed by Debtor Edward A. Tirpak, 91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 08/2/2018. (Attachments: # 1 Exhibit A # 2 Certification Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by John A. Lipowski on behalf of Edward A. Tirpak. (Attachments: # 1 Certificate of Service) (Lipowski, John)

Dated: 7/30/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-17631-SLM
Edward A. Tirpak                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1            Date Rcvd: Jul 30, 2018
                       Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
db          +Edward A. Tirpak,   1 Elaine Court,   Randolph, NJ 07869-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Douglas A. Cole    on behalf of Creditor Douglas Arthur Cole douglascoleesq@att.net
      John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                        TOTAL: 10