Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17631−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward A. Tirpak
   1 Elaine Court
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on at

to consider and act upon the following:

*78* − Motion to Compel Douglas A. Cole, Esq. to Disgorge Fees of $6,000.00 Filed by John A. Lipowski on behalf of Edward A. Tirpak. Hearing scheduled for 5/23/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Brief # 8 Proposed Order # 9 Certificate of Service) (Lipowski, John)

*89* − Notice of Hearing for: Trustee's Objection to Application for Compensation. (related document:82 Application for Compensation for Douglas A. Cole, attorney, period: to, fee: $887.50, expenses: $. Filed by Creditor Douglas Arthur Cole, 84 Objection filed by Trustee Marie−Ann Greenberg). The following parties were served: Debtor, Debtor's Attorney, Douglas Cole, Trustee, and US Trustee. Hearing scheduled for 6/13/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (rah)

Dated: 8/29/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court