Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−17631−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edward A. Tirpak
    1 Elaine Court
    Randolph, NJ 07869
Social Security No.:
    xxx−xx−8568
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on at

to consider and act upon the following:

*78* – Motion to Compel Douglas A. Cole, Esq. to Disgorge Fees of $6,000.00 Filed by John A. Lipowski on behalf of Edward A. Tirpak. Hearing scheduled for 5/23/2018 at 10:30 AM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Brief # 8 Proposed Order # 9 Certificate of Service) (Lipowski, John)

*89* – Notice of Hearing for: Trustee's Objection to Application for Compensation. (related document:82 Application for Compensation for Douglas A. Cole, attorney, period: to, fee: $887.50, expenses: $. Filed by Creditor Douglas Arthur Cole, 84 Objection filed by Trustee Marie−Ann Greenberg). The following parties were served: Debtor, Debtor's Attorney, Douglas Cole, Trustee, and US Trustee. Hearing scheduled for 6/13/2018 at 10:30 AM at SLM – Courtroom 3A, Newark. (rah)

Dated: 8/29/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-17631-SLM
Edward A. Tirpak                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: Aug 29, 2018
                             Form ID: ntchrgbk       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db             +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725
cr             +Douglas Arthur Cole,    Stem & Cole,    571 Milford-Warren Glen Road,    Milford, NJ 08848-1881
r              +Kathryn Masters,    Keller Williams Metropolitan,    55 Madison Avenue,
                Morristown, NJ 07960-7337
intp           +State of New Jersey Department of Human Services,    Division of Family Development,
                PO Box 716,    Trenton, NJ 08625-0716
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas A. Cole    on behalf of Creditor Douglas Arthur Cole douglascoleesq@att.net
          John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                TOTAL: 10