UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:
    Edward A. Tirpak,

Debtor.

**Order Filed on September 11, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 17-17631-SLM

Adv. No.:

Hearing Date: 8/22/18 @ 10:30 a.m..

Judge: Stacey L. Meisel

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 11, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Edward A. Tirpak
Case No:  17-17631-SLM
Caption of Order:  ORDER VACATING AUTOMATIC STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1 Elaine Court, Randolph, NJ 07869 and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John A. Lipowski, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** the automatic stay as to the property located at 1 Elaine Court, Randolph, NJ 07869  is vacated effective September 22, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved