| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOHN A. LIPOWSKI  (JAL-5713)<br>60 Washington Street<br>PO Box 204<br>Morristown, NJ 07963-0204<br>(973) 540-9127<br>(973) 540-9128 fax<br>jal1001@aol.com | **Order Filed on November 19, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Edward A. TIRPAK,<br><br>                              Debtor | Case No.:       17-17631<br><br>Chapter:         13<br><br>Hearing Date:  October 15, 2018 at 2:30 p.m.<br><br>Judge:             SLM |

### ORDER ALLOWING DOUGLAS A. COLE, ESQ. COMPENSATION OF $1,000.00 AND COMPELLING DOUGLAS A. COLE, ESQ. TO DISGORGE $5,000.00

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED:

**DATED: November 19, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor:   Edward A. TIRPAK

Case no.:   17-17631

Caption:   **ORDER ALLOWING DOUGLAS A. COLE, ESQ. COMPENSATION OF $1,000.00 AND COMPELLING DOUGLAS A. COLE, ESQ. TO DISGORGE $5,000.00**

    This matter having been opened to the Court by John A. Lipowski, attorney for the debtor, Edward A. Tirpak, on a Motion to Compel Douglas A. Cole, Esq. to Disgorge Fees of $6,000.00, and Douglas A. Cole, Esq. appearing pro se, and Marie-Ann Greenberg, Trustee appearing on behalf of the office of the Chapter 13 Trustee, and the Court having considered the pleadings, the argument of counsel and for good cause shown, it is:

    **ORDERED** that Douglas A. Cole, Esq. is allowed compensation of $1,000.00 to be applied from the aforementioned $6,000.00;

    **IT IS FURTHER ORDERED** that Douglas A. Cole, Esq. disgorge $5,000.00 and same be turned over to John A. Lipowski, Esq. on behalf of Edward A. Tirpak, to be deposited in John A. Lipowski's Attorney Trust Account;

    **AND IT IS FURTHER ORDERED** that a copy of this Order be served on all parties herein within seven (7) days.