UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 fax
jal1001@aol.com

In Re:

Edward A. TIRPAK,

                Debtor

Order Filed on November 19, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:    17-17631

Chapter:    13

Hearing Date:    October 15, 2018 at 2:30 p.m.

Judge:    SLM

**ORDER ALLOWING DOUGLAS A. COLE, ESQ. COMPENSATION OF $1,000.00 AND COMPELLING DOUGLAS A. COLE, ESQ. TO DISGORGE $5,000.00**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED:

**DATED: November 19, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor:   Edward A. TIRPAK

Case no.:  17-17631

Caption:  **ORDER ALLOWING DOUGLAS A. COLE, ESQ. COMPENSATION OF $1,000.00 AND COMPELLING DOUGLAS A. COLE, ESQ. TO DISGORGE $5,000.00**

    This matter having been opened to the Court by John A. Lipowski, attorney for the debtor, Edward A. Tirpak, on a Motion to Compel Douglas A. Cole, Esq. to Disgorge Fees of $6,000.00, and Douglas A. Cole, Esq. appearing pro se, and Marie-Ann Greenberg, Trustee appearing on behalf of the office of the Chapter 13 Trustee, and the Court having considered the pleadings, the argument of counsel and for good cause shown, it is:

    **ORDERED** that Douglas A. Cole, Esq. is allowed compensation of $1,000.00 to be applied from the aforementioned $6,000.00;

    **IT IS FURTHER ORDERED** that Douglas A. Cole, Esq. disgorge $5,000.00 and same be turned over to John A. Lipowski, Esq. on behalf of Edward A. Tirpak, to be deposited in John A. Lipowski's Attorney Trust Account;

    **AND IT IS FURTHER ORDERED** that a copy of this Order be served on all parties herein within seven (7) days.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 17-17631-SLM
Edward A. Tirpak                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1           Date Rcvd: Nov 19, 2018
                               Form ID: pdf903            Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Edward A. Tirpak,    1 Elaine Court,    Randolph, NJ 07869-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas A. Cole    on behalf of Creditor Douglas Arthur Cole douglascoleesq@att.net
              John A. Lipowski    on behalf of Debtor Edward A. Tirpak jal1001@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                               TOTAL: 10
```